ORIGINAL

FILED

JAN 1 2 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
FELIX ORDINIZA II ) Case No. 08-57334 CN
)
GUADALUPE SALAZAR ORDINIZA ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2482181 for an unclaimed dividend in the amount of $11.52. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    FELIX ORDINIZA II
    GUADALUPE SALAZAR ORDINIZA
    2910 SOUTHSIDE RD
    HOLLISTER, CA 95023

Dated: January 06, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE